UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

GRETEL ANN CARVELL JORDAN
    Plaintiff

VS.

K P GIBSON, ET AL
    Defendant

Civil No. 6:20-CV-01285

Judge Drell
Magistrate Judge Hanna

## PROPOSED PLAN OF WORK

On 05/06/2022, the following individuals participated in a meeting ☒ by telephone/other electronic means, or ☐ in person during which this Plan of Work was formulated: (*List all parties and their counsel, if any, **including e-mail addresses for trial attorneys**.*)

J. Clay LeJeune on behalf of the plaintiffs.
Ronald S. Bryant on behalf of the defendants.

### Part A

Based on the information now reasonably available, the parties have agreed upon the following:

1. 08/15/2022 — Deadline for completion of discovery
2. 10/03/2022 — Final date for filing dispositive motions
3. 09/01/2022 — Final date for adding parties
4. 09/01/2022 — Final date for filing amended pleadings
5. 06/15/2022 — Final date for employing experts
6. 07/15/2022 — Final date for exchanging reports of experts
7. 09/01/2022 — Final date for taking depositions of experts
8. Done — Date disclosures under Fed. R. Civ. P. 26(a) were made or will be made

9. Considering the subjects addressed by Fed. R. Civ. P. 26(f), the parties propose the following changes, limitations, or other matters: ☒ NONE; or _____.

### Part B

The following areas of disagreement, issues, or problems have arisen regarding the information set forth in Section A and/or the participation of counsel/unrepresented parties in the Plan of Work process: ☒ NONE; or _____.

*(Rev. 1/28/13)*

| | |
|---|---|
| 04/29/2022 | /s/ Jonathon Songy |
| (Date) | (Signature) |
| | Jonathan Songy |
| | (Printed Name) |
| 04/29/2022 | /s/ J. Clay LeJeune |
| (Date) | (Signature) |
| | J. Clay LeJeune |
| | (Printed Name) |
| 05/02/2022 | /s/ Shane Bryant |
| (Date) | (Signature) |
| | Shane Bryant |
| | (Printed Name) |
| (Date) | (Signature) |
| | (Printed Name) |
| (Date) | (Signature) |
| | (Printed Name) |
| (Date) | (Signature) |
| | (Printed Name) |

*(Rev. 1/2/13)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| GRETEL ANN CARVELL JORDAN | Civil No.: | 6:20-CV-01285 |
|---|---|---|
| Plaintiff | | |
| VS. | Judge | Drell |
| K P GIBSON, ET AL | Magistrate Judge | Hanna |
| Defendant | | |

**O R D E R**

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications:

_____

_____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on _____, 20___,

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on _____, 20___, beginning at ___:___ __.M.

IT IS FURTHER ORDERED that the Clerk of court send out the Civil Case Management Order No. 2 – Pretrial Proceedings.

IT IS FURTHER ORDERED that counsel are to review this Court's Standing Order – Possession and Use of Electronic Devices in the Courtroom found on our website at www.lawd.uscourts.gov on Judge Dee D. Drell's forms page.

SIGNED on this _____ day of _____, 20___, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT

*(Rev. 1/2/13)*